**Order entered October 9, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00988-CR

### JAMES COPELAND, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F11-58889-M**

## ORDER

We **GRANT** Deputy Court Reporter Janessa Thornell's October 5, 2015 request for an extension of time to file the reporter's record. The reporter's record shall be due **SIXTY DAYS** from the date of this order.

/s/    LANA MYERS
JUSTICE